```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
```

CHRISTINE BASIRICO,
Guardian and Conservator for
KYLE MOFFITT,

      Plaintiff,

vs.

      Case No. 05-CV-74691
      HON. GEORGE CARAM STEEH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

## ORDER OVERRULING DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR RECONSIDERATION (# 157)

      Defendant State Farm objects to plaintiff Christine Basirico's July 7, 2008 motion for reconsideration of the court's June 18, 2008 Order as untimely. Motions for reconsideration must be filed within 10 days of entry of an order. E.D. Mich LR 7.1(g)(1). Intermediate Saturdays, Sundays, and holidays are excluded from the 10-day calculation. Fed. R. Civ. P. 6(a). Three days are also added to the calculation. See Fed. Rule Civ. P. 6(d). Properly calculated, Basirico's motion for reconsideration had to be filed by, and was filed on, July 7, 2008. Accordingly,

      State Farm's objection is hereby OVERRULED.

      SO ORDERED.

Dated: August 11, 2008

                                  s/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 11, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk